IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| YELLOWSTONE TO UINTAS CONNECTION, NATIVE ECOSYSTEMS COUNCIL, ALLIANCE FOR THE WILD ROCKIES,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>LEANN MARTEN, Region One Regional Forester; LISA TIMCHAK, National Forest Supervisor; U.S. FOREST SERVICE; U.S. FISH & WILDLIFE SERVICE<br><br>　　　　　　Defendants,<br><br>and<br><br>SUN MOUNTAIN LUMBER, INC., IRON PINE COMPANY, LLC<br><br>Intervenor-Defendants. | CV 24–25–M–DLC<br><br><br><br>ORDER |

　　　　Before the Court is Intervenor-Defendants' motion for the admission of attorneys Julie A. Weis and Christopher T. Griffith of Haglund Kelley LLP, *pro hac vice*, in the above-captioned matter. (Doc. 22.) Kris McLean, Tyson McLean, and Jordan Pallesi of Kris A. McLean Law Firm, PLLC will serve as local counsel in this matter. (Docs. 22-1 at 1, 22-2 at 2.) The applications (Docs. 22-1 and 22-

1

2.) comply with this Court's Local Rules governing the admission of counsel *pro hac vice*.  L.R. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 22) is GRANTED on the condition that Ms. Weis and Mr. Griffith do their own work.  This means that they must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally.  Ms. Weis and Mr. Griffith shall take steps to register in the Court's electronic filing system (CM-ECF).  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Weis and Mr. Griffith file separate pleadings acknowledging their admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 20th day of May, 2024.

_____
Dana L. Christensen, District Judge
United States District Court