IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| YELLOWSTONE TO UINTAS CONNECTION; NATIVE ECOSYSTEMS COUNCIL; ALLIANCE FOR THE WILD ROCKIES<br><br>    Plaintiffs,<br><br>vs.<br><br>LEANNE MARTEN, in her official capacity as Regional Forester; LISA TIMCHAK, in her official capacity as National Forest Supervisor; UNITED STATES FOREST SERVICE; and UNITED STATES FISH & WILDLIFE SERVICE,<br><br>    Federal Defendants,<br><br> and<br><br>SUN MOUNTAIN LUMBER, INC., IRON PINE COMPAY, LLC, POWELL COUNTY, and ANACONDA-DEER LODGE COUNTY<br><br>    Intervenor-Defendants. | CV 24–25–M–DLC<br><br>ORDER |

1

Having reviewed the Parties' Joint Motion to Stay Proceedings (Doc. 49), and for good cause shown,

IT IS ORDERED that the Motion (Doc. 49) is GRANTED. The deadlines in the Court's July 30, 2024 Case Management Order (Doc. 44) are STAYED until March 10, 2025.

IT IS FURTHER ORDERED that on or before March 10, 2025, the Parties shall file a joint motion to dismiss, a motion to extend the stay, or a motion for new briefing deadlines.

DATED this 29th day of January, 2025.

Dana L. Christensen, District Judge
United States District Court