IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| YELLOWSTONE TO UINTAS CONNECTION; NATIVE ECOSYSTEMS COUNCIL; ALLIANCE FOR THE WILD ROCKIES,<br><br>     Plaintiffs,<br><br> vs.<br><br>LEANNE MARTEN, in her official capacity as Regional Forester; Alfred Watson, in his official capacity as National Forest Supervisor; UNITED STATES FOREST SERVICE; and UNITED STATES FISH & WILDLIFE SERVICE,<br><br>     Federal Defendants,<br><br> and<br><br>SUN MOUNTAIN LUMBER, INC., IRON PINE COMPAY, LLC, POWELL COUNTY, and ANACONDA-DEER LODGE COUNTY<br><br>     Intervenor-Defendants. | CV 24–25–M–DLC<br><br><br>ORDER |

1

The Parties to the above captioned litigation have advised the Court that Plaintiffs and Federal Defendants have reached a settlement of this matter, and jointly stipulate to dismiss this matter with prejudice. (Doc. 53.)

For good cause shown, the Plaintiffs' and Federal Defendants' joint stipulation of dismissal (Doc. 53) is hereby GRANTED. This case is dismissed with prejudice. Fed. R. Civ. P. 41(a)(2). As requested by Plaintiffs and Federal Defendants, the Court retains jurisdiction solely to enforce the terms of their settlement. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381 (1994).

DATED this 25th day of March, 2025.

_____
Dana L. Christensen, District Judge
United States District Court